```
                    UNITED STATES DISTRICT COURT
                     MIDDLE DISTRICT OF FLORIDA
                           TAMPA DIVISION
```

**RAYMOND D. ARLOZYNSKI,**

      **Plaintiff,**

**v.**                                 **Case No. 8:10-cv-1183-T-23AEP**

**FINANCIAL RECOVERY SERVICES,
INC. and RESURGENT CAPITAL
SERVICES, L.P.,**

      **Defendants.**

_____/

## MEDIATION REPORT

In accordance with the Court's mediation order, a mediation conference was scheduled on November 29, 2010. Plaintiff and his trial counsel and Defendants' corporate representatives and trial counsel attended and participated. Each representative possessed the requisite settlement authority.

<u>The case has been completely settled.</u>

Done November 29, 2010 in Tampa, Florida.

                                            Respectfully submitted,

                                            <u>/s/ Peter J. Grilli</u>
                                            Peter J. Grilli, Esq.
                                            Florida Bar No. 237851
                                            Mediator
                                            3001 West Azeele Street
                                            Tampa, Florida 33609
                                            813.874.1002   Fax: 813.874.1131
                                            email: meditr@aol.com

  I HEREBY CERTIFY that November 29, 2010 I electronically filed the foregoing document with the United States District Court, 801 North Florida Avenue, Tampa, Florida 33602 which will electronically send copies to counsel of record.

              /s/ Peter J. Grilli
              Peter J. Grilli, Esq.