UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RAYMOND D. ARLOZYNSKI,

    Plaintiff,

v.                                    CASE NO.: 8:10-cv-1183-T-23AEP

FINANCIAL RECOVERY SERVICES,
INC., and RESURGENT CAPITAL
SERVICES L.P.,

    Defendants.
_____/

**ORDER**

    The mediator announces (Doc. 29) a settlement in this action. Pursuant to Local Rule 3.08(b), this case is **DISMISSED** subject to the right of any party within sixty (60) days from the date of this order to (1) submit a stipulated form of final order or judgment or (2) re-open the action upon a showing of good cause. The Clerk is directed to (1) terminate any pending motion and (2) close the case.

    ORDERED in Tampa, Florida, on November 30, 2010.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE